UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TALMADGE ADIB TALIB,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JUAN GUERRERO et al.,<br><br>　　　　Defendants. | Case No. CV 15-03825-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |
| DANIEL A. DAVIS,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JUAN GUERRERO et al.,<br><br>　　　　Defendants. | Case No. CV 15-03829-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |
| ROLAND LEROY REESE-BEY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JUAN GUERRERO et al.,<br><br>　　　　Defendants. | Case No. CV 15-03833-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

| | |
|---|---|
| ROMANÁH HOLMES-BEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN GUERRERO et al.,<br><br>　　　　Defendants. | Case No. CV 15-04822-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Second Amended Complaints, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. The Court has also reviewed Plaintiffs' written objections to the Report and Recommendation and made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections are made.

　　　IT IS HEREBY ORDERED that:

　　　1.　　Except as set forth in paragraph 2, the Report and Recommendation is approved and accepted.

　　　2.　　Based on the information contained in Plaintiffs' objections, the Court will afford Plaintiffs an opportunity to amend their third claims for infringement of religious rights.

　　　3.　　The following claims are dismissed with leave to amend: all claims against Defendants Luna, Wallace, Worrell, Atkins, and Juarez; Plaintiffs' <u>Monell</u> claims against the County; Plaintiffs' third claims for infringement of religious rights in violation of the First Amendment; Plaintiffs' equal protection claims; and Plaintiffs' 42 U.S.C. §§ 1985(2) and (3), 1986 claims.

　　　4.　　The following claims are dismissed without leave to amend: Plaintiffs' tenth claims for retaliation against their Fifth Amendment right to remain silent; Plaintiffs' eleventh claims for denial of liberty without due process of law in violation of the Fourteenth Amendment; Plaintiffs' thirteenth claims for deprivation of rights under color of law; Plaintiffs' fourteenth claims

for violation of California Civil Code § 52.1; Plaintiffs' eighteenth claims for extortion; Plaintiffs' nineteenth claims for violation of California Civil Code § 52.5, human trafficking and slavery.

5. Plaintiffs are ordered to file their Third Amended Complaints within twenty-eight (28) days of the date of this Order. The Third Amended Complaints must be a complete and independent document and must not refer to prior pleadings. The Third Amended Complaints must not include any of the claims dismissed without leave to amend in paragraph 4 above. The Third Amended Complaints also must not include any new claims or name any new defendants.

6. Plaintiffs are cautioned that failure to file a Third Amended Complaints within the time specified by this Order may result in the dismissal of this action with prejudice on the grounds stated in the Report and Recommendation of the United States Magistrate Judge and/or for failure to prosecute.

Dated: April 12, 2016

_____
JOHN A. KRONSTADT
United States District Judge