UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TALMADGE ADIB TALIB,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN GUERRERO et al.,<br><br>　　　　Defendants. | Case No. CV 15-3825-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |
| ROLAND LEROY REESE-BEY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN GUERRERO et al.,<br><br>　　　　Defendants. | Case No. CV 15-3833-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |
| ROMANÁH HOLMES-BEY,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN GUERRERO et al.,<br><br>　　　　Defendants. | Case No. CV 15-4822-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Third Amended Complaints, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. The Court has also reviewed Plaintiffs' written objections to the Report and Recommendation and made a de novo determination of those portions of the Report and Recommendation to which objections are made.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendants' motion to dismiss is granted in part and Plaintiff's state-law claims are dismissed without leave to amend.
3. The remaining Defendants are ordered to file Answers to the remaining portions of the Third Amended Complaints within fourteen (14) days.

Dated: October 25, 2017

JOHN A. KRONSTADT
United States District Judge